UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:17-cv-22383-UU

TRAVIS ETIENNE,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

**ORDER ON MAGISTRATE'S REPORT AND RECOMMENDATION**

This Cause is before the Court upon the Movant's *pro se* Motion to Vacate Judgment pursuant to 28 U.S.C. § 2255 (the "Motion"). D.E.1.

THE COURT has considered the Motion and the pertinent portions of the record, and is otherwise fully advised in the premises.

This matter was referred to Magistrate Judge Patrick A. White, who, on June 29, 2017 issued a Report (the "Report") (D.E. 5) recommending that: (i) the Motion be dismissed as an unauthorized second or successive § 2255 motion; (ii) no certificate of appealability issue; and (iii) the case be closed. Movant timely filed objections to the Report. D.E. 6. The Government did not file objections. D.E. 16. *See LoConte v. Dugger*, 847 F.2d 145 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988) (holding that failure to file timely objections bars the parties from attacking factual findings on appeal).

Upon *de novo* review, the Court agrees with Magistrate Judge White's recommendation and concurs in all of his findings.  Movant's Objections were either conclusory or addressed by the Report. Accordingly, it is

ORDERED AND ADJUDGED that the Report, D.E. 5, is RATIFIED, ADOPTED, and AFFIRMED. It is further

ORDERED AND ADJUDGED that Movant's Motion, D.E. 1, is DISMISSED WITHOUT PREJUDICE. It is further

ORDERED AND ADJUDGED that the Movant's Objections, D.E. 6, are OVERRULED. It is further

ORDERED AND ADJUDGED that no certificate of appealability issue. It is further

ORDERED AND ADJUDGED that this case is CLOSED.

DONE AND ORDERED in Chambers in Miami, Florida, this 24th day of July, 2017.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies provided:
Travis Etienne, *pro se*